EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 35 |
| | |
| Harold Irizarry López | 215 DPR ___ |

Número del Caso: TS-6,532

Fecha: 31 de marzo de 2025

Representante legal del peticionario:

    Lcdo. Gabriel Rubio Castro

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Harold Irizarry López          TS-6,532

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de marzo de 2025.

Atendida la *Solicitud de readmisión* presentada por el Sr. Harold Irizarry López, así como la Certificación del Programa de Educación Jurídica Continua, se provee ha lugar. Se reinstala al ejercicio de la abogacía al Sr. Harold Irizarry López.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo